**UNPUBLICATION**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 99-6469**

—————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

     versus

JESUS ALBERTO SARMIENTO,

                              Defendant - Appellant.

—————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CR-95-389-AW)

—————

Submitted:  July 8, 1999          Decided:  July 15, 1999

—————

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Jesus Alberto Sarmiento, Appellant Pro Se.  Barbara Suzanne Skalla,
Assistant United States Attorney, Greenbelt, Maryland, for
Appellee.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Sarmiento moved in the district court for an extension of time in which to file a 28 U.S.C.A. § 2255 (West Supp. 1999) motion. The court denied the motion, and Sarmiento filed a motion for reconsideration of that order, which the court denied. Sarmiento now appeals the denial of the motion for reconsideration. We have reviewed the record and find that the district court did not abuse its discretion in denying Sarmiento's motion for reconsideration. See National Org. for Women v. Operation Rescue, 47 F.3d 667, 669 (4th Cir. 1995). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED